# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA BYERLY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-270E |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On August 28, 2014, the magistrate judge issued a Report (Doc. 15) recommending that Defendant's Motion for Summary Judgment (Doc. 11) be denied, and that Plaintiff's Motion for Summary Judgment (Doc. 9) be granted. Service of the Report and Recommendation was made on the parties, and Defendant timely has filed Objections. *See* Doc. 16.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered: Defendant's Motion for Summary Judgment (**Doc. 11**) is **DENIED**; Plaintiff's Motion for Summary Judgment (**Doc. 9**) is **GRANTED**; this case is **REMANDED FORTHWITH** for further administrative proceedings, consistent with the Magistrate Judge's instructions; and the Magistrate Judge's Report and Recommendation is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


September 19, 2014                              s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All counsel of record